(Judge Metcalf of the seventh circuit sitting in place of Judge Henry.)

IN RE HARTFORD STREET, CLEVELAND.

PROCEEDINGS TO VACATE STREETS ARE SPECIAL PROCEEDINGS AND NOT APPEALABLE.

A proceeding brought under favor of Secs. 2655 to 2657 (Lan. 3940 to 3942; B. 1536-148 to 1536-150) Rev. Stat. for the vacation of a street is a special proceeding, as distinguished from a civil action; hence, it is not appealable to the circuit court under Sec. 5226 Rev. Stat.

[Proof of this decision and syllabus has been submitted to Judge Winch and corrected.—Ed.]

APPEAL from Cuyahoga common pleas court.

J. A. Fenner, for plaintiffs.

N. D. Baker, city solicitor, for defendant, city of Cleveland.

WINCH, J.

In this case we hold that a proceeding brought under favor of Secs. 2655 to 2657 (Lan. 3940 to 3942; B. 1536-148 to 1536-150) Rev. Stat., for the vacation of a street is a special proceeding, as distinguished from a civil action, and so is not appealable to the circuit court under Sec. 5226 Rev. Stat.

So holding, the appeal is dismissed for want of jurisdiction.

Marvin and Metcalf, JJ., concur.